```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JEFF E. HAUSE, | CIVIL ACTION NO. 07-5817 (MLC) |
| Plaintiff, | **ORDER & JUDGMENT** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

For the reasons stated in the Court's memorandum opinion, dated September 26, 2008, **IT IS** on this 26th day of September 2008, **ORDERED** that the defendants' motion, <u>inter alia</u>, to dismiss the complaint (dkt. entry no. 13) is **GRANTED IN PART** and **DENIED IN PART** as follows:

  **GRANTED TO THE EXTENT** that it seeks to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), and

  **DENIED TO THE EXTENT** that it seeks other relief without prejudice; and

  **IT IS FURTHER ADJUDGED** that the complaint is **DISMISSED**; and

  **IT IS FURTHER ORDERED** that the Clerk of the Court designate this action as **CLOSED**.

                              s/ Mary L. Cooper
                              **MARY L. COOPER**
                              United States District Judge